IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

    Plaintiff,                    No. 2:09-cv-1339 MCE KJN P

    vs.

CAVAGNARO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 8, 2010, plaintiff filed his seventh request for the appointment of counsel. Plaintiff's previous requests were filed on July 2, 2009, July 20, 2009, January 11, 2010, February 11, 2010, March 1, 2010, and March 2, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 8, 2010, request is denied.

DATED: July 23, 2010

                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

dean1339.31thr(2)