1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALTON E. DEAN,

11          Plaintiff,                        No. 2:09-cv-1339 MCE KJN P

12      vs.

13   CAVAGNARO, et al.,                       ORDER

14          Defendants.

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On August 27, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 27, 2010, are adopted in full;

2. Plaintiff's in forma pauperis status is revoked; and

3. Plaintiff is granted twenty-eight days from the date of this order to pay the filing fee ($350.00).  Failure to pay the filing fee in full will result in a recommendation that this action be dismissed.

Dated:  September 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2